FILED
CLERK

2/11/2021 11:27 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

For Online Publication Only

NOEL CIAPPETTA,

          Plaintiff,

  -against-

**ORDER**
15-CV-4427 (JMA) (ARL)

BARRY SNYDER, PGD IV LLC, and PGT
TRUCKING, INC.,

          Defendants.
----------------------------------------------------------------X

**AZRACK, United States District Judge:**

    Plaintiff Noel Ciappetta ("Plaintiff") commenced this action against defendants Barry Snyder, PGD IV LLC, and PGT Trucking, Inc. ("Defendants") for injuries he sustained from a motor vehicle accident on November 19, 2014. (See ECF No. 1.) Defendants filed a motion for summary judgment, which I referred to Magistrate Judge Lindsay for a report and recommendation on September 30, 2020. Judge Lindsay issued a report and recommendation dated January 22, 2021, recommending that Defendants' motion be granted (the "R&R"). (ECF No. 104.)

    In reviewing a magistrate judge's report and recommendation, the Court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

    To date, no objections have been filed to the R&R and the deadline for filing any

such objections has passed. I have reviewed Judge Lindsay's R&R for clear error and, finding none, I hereby adopt Judge Lindsay's comprehensive and well-reasoned R&R as the opinion of the Court. Accordingly, the Court **GRANTS** Defendants' motion for summary judgment. The Clerk of Court is respectfully directed to close this case and mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

Dated: February 11, 2021
      Central Islip, New York

                                      /s/ (JMA)
                                  JOAN M. AZRACK
                                  UNITED STATES DISTRICT JUDGE